FILED

NOT FOR PUBLICATION

MAR 20 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT ALLEN POYSON, | No. 10-99005 |
| Petitioner - Appellant, | D.C. No. 2:04-cv-00534-NVW |
| v. | U.S. District Court for Arizona, Phoenix |
| CHARLES L. RYAN, | |
| Respondent - Appellee. | ORDER |

Before:  THOMAS, FISHER and IKUTA, Circuit Judges.

Petitioner-appellant Robert Allen Poyson's request for judicial notice, filed

December 17, 2010, is **GRANTED**.